USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

CHUI-FAN KWAN, on behalf of herself and others similarly situated, also known as "Connie Kwan," :

              Plaintiff,

  -against-

SAHARA DREAMS CO. II INC., formerly known as "Sahara Dreams Co. Inc.," formerly known as "Sahara Dreams Limited," doing business as, "Dream Hotel Downtown," et al.,

             Defendants.

------------------------------------X

17 Civ. 4058 (RA)(HBP)

ORDER

      PITMAN, United States Magistrate Judge:

      Three motions are currently pending in this matter: (1) defendants' motion to dismiss the amended complain (Docket Item ("D.I.") 42); (2) plaintiff's motion for conditional certification of a collective pursuant to 29 U.S.C. § 216(b) (D.I. 48), and (3) plaintiff's motion for certification of a class pursuant to Fed.R.Civ.P. 23 (D.I. 52).

      Because it make no sense to consider certification of a collective or a class prior to a determination of whether the amended complaint states a claim, further briefing on plaintiff's motions for conditional certification of a collective pursuant to

29 U.S.C. § 216(b) and for certification of a class pursuant to Fed.R.Civ.P. 23 is stayed pending further order of the court.

Defendants shall serve and file their reply in further support of their motion to dismiss no later than July 11, 2018.

Defendants' motion for a stay of discovery pending resolution of the motion to dismiss is granted in part and denied in part. Pending resolution of the motion to dismiss, discovery shall be limited to document discovery.

Dated: New York, New York
       June 22, 2018

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

All Counsel

2