# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 119, Flushing, NY 11355

December 16, 2019

**_Via_ ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** **Plaintiff's First Letter Motion Requesting to Adjourn the Oral Argument**
> 1:17-cv-04058-RA-SLC *Kwan v. Sahara Dreams Co. II Inc. et al*

Dear Honorable Judge Cave:

    This office represents the Plaintiff in the above-referenced matter. We write respectfully, and with the consent of Defense counsel, to respectfully request to adjourn the Oral Argument currently scheduled for December 17, 2019 to any of the following proposed dates. This is Plaintiffs first request for adjournment of the Oral Argument.

    On November 22, 2019, Your Honor Ordered the parties to appear in person for an Oral Argument currently scheduled for December 17, 2019 at 03:30 p.m. However, the Undersigned is currently on a week-long Jury Trial in the matter of *Gonpo v. Sonam's Stonewalls & Art, LLC et al.,* 3:16-cv-40138-MGM (D. Mass., 2016) that commenced on December 16, 2019. Your undersigned sincerely apologizes for not making this request earlier than this, the reason for the delay in making this request was due to the undersigned had to pay more attention towards the emergency motions made in the trial matter, which did not leave the undersigned any room to make this request earlier than this. Both the parties have conferred and are proposing the following dates for the adjournment of the Oral Argument.

- February 03, 2020
- February 12, 2020 any time after 11:00 a.m.;
- February 13, 2020 any time after 02:00 p.m.
- February 14, 2020 any time before 11:00 a.m. or after 2:30 p.m.

    This is Plaintiff's first request for adjournment of Oral Argument currently scheduled for December 17, 2019. Plaintiffs respectfully request Your Honor to adjourn to any of the above proposed dates and time.

    We apologize for any inconvenience caused to this Court and thank the Court for its attention to and consideration of this matter.

> Respectfully submitted,
> TROY LAW, PLLC

          /s/ Aaron Schweitzer
          Aaron B. Schweitzer, Esq.
          *Attorney for Plaintiffs*

cc: via ECF
    all counsel of record

> Oral Argument in this matter is ADJOURNED until **Wednesday, February 12, 2020 at 2:00 p.m.**
>
> The Clerk of Court is respectfully directed to Close the Letter Motion at ECF No. 113 and re-set the Oral Argument date.
>
> SO ORDERED      12/16/19

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge