USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHUI-FAN KWAN, on behalf of herself and others similarly situated,

                Plaintiff,

                v.

SAHARA DREAMS CO. II INC., SAHARA DREAMS LLC, HAMPSHIRE HOTELS & RESORTS, LLC, and DREAM HOTEL GROUP, LLC,

                Defendants.

No. 17-CV-4058 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court has been informed that a settlement in principle has been reached with all parties. The parties were not, however, able to reach agreement on attorneys' fees and costs.

    By no later than March 17, 2022, Plaintiff's counsel shall file an application for fees and costs. Defendants may respond to the application by March 24, 2022. Given the ongoing referral to Magistrate Judge Cave for general pretrial, including non-dispositive motions, the parties should address the fee application to Judge Cave for her decision.

SO ORDERED.

Dated: March 10, 2022
New York, New York

                                            _____
                                            Hon. Ronnie Abrams
                                            United States District Judge