USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHUI-FAN KWAN, on behalf of herself and others similarly situated,

                Plaintiff,

                v.

SAHARA DREAMS CO. II INC., SAHARA DREAMS LLC, HAMPSHIRE HOTELS & RESORTS, LLC, and DREAM HOTEL GROUP, LLC,

                Defendants.

No. 17-CV-4058 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On March 10, 2022, the Court issued an order directing the parties to submit fee application briefing. Since then, the Court has been informed that the parties have reached agreement on attorneys' fees and costs. Accordingly, the parties shall instead file a notice of acceptance with an offer of judgment and a proposed judgment for the Court's review.

SO ORDERED.

Dated: March 11, 2022
New York, New York

                                                              Hon. Ronnie Abrams
                                                              United States District Judge