USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHUI-FAN KWAN, on behalf of herself and others similarly situated,

Plaintiff,

v.

SAHARA DREAMS CO. II INC., SAHARA DREAMS LLC, HAMPSHIRE HOTELS & RESORTS, LLC, and DREAM HOTEL GROUP, LLC,

Defendants.

No. 17-CV-4058 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On March 11, 2022, after being informed of the parties' settlement, the Court ordered the parties to file a notice of acceptance with an offer of judgment and a proposed judgment for the Court's review. To date, the Court has not received any communication from the parties. The parties shall file a notice of acceptance with offer of judgment and proposed judgment by April 15, 2022.

SO ORDERED.

Dated: April 11, 2022
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge