UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
CHUI-FAN KWAN,
*on her own behalf and on behalf of others similarly situated,*

         Plaintiff,   Case No. 17-cv-04058 (RA) (SLC)

     v.        **NOTICE OF ACCEPTANCE OF<br>OFFER OF JUDGMENT**

SAHARA DREAMS CO. II INC.
 f/k/a Sahara Dreams Co. Inc.
 f/k/a Sahara Dreams Limited
 d/b/a Dream Hotel Downtown,
SAHARA DREAMS LLC
 f/k/a Sahara Dreams LLC
 d/b/a Dream Hotel Downtown,
HAMPSHIRE HOTELS & RESORTS, LLC
 f/k/a Hampshire Hotels & Resorts Limited
 Liability Company
 d/b/a Hampshire Brand, Hotel & Asset
 Management, and
DREAM HOTEL GROUP, LLC
 f/k/a Hampshire Hotels Management LLC,
         Defendants.
-------------------------------------------------------------------- x

  PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff CHUI-FAN KWAN, through her counsel, hereby accepts and provides notice that she has accepted the Offer of Judgment made by Defendants SAHARA DREAMS CO. II INC. f/k/a Sahara Dreams Co. Inc. f/k/a Sahara Dreams Limited d/b/a Dream Hotel Downtown, SAHARA DREAMS LLC f/k/a Sahara Dreams LLC d/b/a Dream Hotel Downtown, HAMPSHIRE HOTELS & RESORTS, LLC f/k/a Hampshire Hotels & Resorts Limited Liability Company d/b/a Hampshire Brand, Hotel & Asset Management, and DREAM HOTEL GROUP, LLC f/k/a Hampshire Hotels Management LLC, dated April 11, 2022, attached hereto as Exhibit 1.

Dated: Flushing, New York
   April 14, 2022

             TROY LAW, PLLC
             *Attorneys for the Plaintiff*

             John Troy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
CHUI-FAN KWAN,
*on her own behalf and on behalf of others similarly situated,*

                               Plaintiff,       Case No. 17-cv-04058 (RA) (SLC)

                 v.                      **CERTIFICATE OF SERVICE**

SAHARA DREAMS CO. II INC.
        f/k/a Sahara Dreams Co. Inc.
        f/k/a Sahara Dreams Limited
        d/b/a Dream Hotel Downtown,
SAHARA DREAMS LLC
        f/k/a Sahara Dreams LLC
        d/b/a Dream Hotel Downtown,
HAMPSHIRE HOTELS & RESORTS, LLC
        f/k/a Hampshire Hotels & Resorts Limited
        Liability Company
        d/b/a Hampshire Brand, Hotel & Asset
        Management, and
DREAM HOTEL GROUP, LLC
        f/k/a Hampshire Hotels Management LLC,
                                            Defendants.
------------------------------------------------------------------- x

       I hereby certify that a true and correct copy of the attached Notice of Acceptance of Offer of Judgment was served on the Defendants of this action by causing a copy to be sent *via* email to their Attorney of Record on April 14, 2022.

Dated: Flushing, New York
        April 14, 2022

                                        TROY LAW, PLLC
                                        *Attorneys for the Plaintiff*

                                        John Troy