**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHUI-FAN KWAN,
*on her own behalf and on behalf of others similarly situated,*

Plaintiff,

v.

SAHARA DREAMS CO. II INC.
  f/k/a Sahara Dreams Co. Inc.
  f/k/a Sahara Dreams Limited
  d/b/a Dream Hotel Downtown,

SAHARA DREAMS LLC
  f/k/a Sahara Dreams LLC
  d/b/a Dream Hotel Downtown,

HAMPSHIRE HOTELS & RESORTS, LLC
  f/k/a Hampshire Hotels & Resorts Limited
  Liability Company
  d/b/a Hampshire Brand, Hotel & Asset
  Management, and

DREAM HOTEL GROUP, LLC
  f/k/a Hampshire Hotels Management LLC,

Defendants.

Case No. 17-cv-04058

**SATISFACTION OF JUDGMENT PURSUANT TO RULE 68, FED. R. CIV. P.**

  **WHEREAS**, this Court entered a Judgment in the above-captioned action pursuant to an Offer of Judgment pursuant to Rule 68, Fed. R. Civ. P. on April 19, 2022 in favor of the Plaintiff CHUI-FAN KWAN and against the Defendants SAHARA DREAMS CO. II INC., SAHARA DREAMS LLC, HAMPSHIRE HOTELS & RESORTS, LLC and DREAM HOTEL GROUP, LLC in the amount of sixty-seven thousand and five hundred dollars ($67,500); and

1

**WHEREAS**, said Judgment has been fully paid and satisfied in full;

**AND**, it is certified that there are no outstanding executions with any Sheriff or Marshal within the State of New York.

**THEREFORE**, satisfaction of the Judgment is hereby acknowledged and the Clerk of Court is hereby authorized and directed to make an entry of satisfaction of the Judgment on the docket and to cancel, satisfy and discharge the Judgment.

Dated: June 12, 2022

                                                              TROY LAW, PLLC

                                                              BY: TIFFANY TROY, ESQ.
                                                              41-25 Kissena Boulevard, Suite 103
                                                              Flushing, NY 11355
                                                              Tel: (718) 762-1324
                                                              troylaw@troypllc.com
                                                              Attorneys for Plaintiff CHUI-FAN KWAN

| STATE OF NEW YORK | ) | |
|---|---|---|
| | ) | ss.: |
| COUNTY OF QUEENS | ) | |

      On the 12th day of June, 2022 before me personally came Tiffany Troy, to me known and known to be a member of the firm of Troy Law PLLC, attorneys for Plaintiff CHUI-FAN KWAN in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

AARON B. SCHWEITZER
Notary Public, State of New York
No. 02SC6380865
Qualified in Nassau County
Commission Expires Sept. 17, 2022

Notary Public

2

{01147831.DOCX;1 }